ESOTERICK, INC; Dennis Thompson; Judith Thompson, Plaintiffs–Appellants

v.

JP MORGAN CHASE BANK NATIONAL ASSOCIATION, Defendant–Appellee.

No. 09–20168.

United States Court of Appeals, Fifth Circuit.

Nov. 11, 2010.

Thomas Franklin Coleman, Law Offices of Tom F. Coleman, Houston, TX, for Plaintiffs–Appellants.

David Steven Coale, Esq., K & L Gates, L.L.P., Bradley J. Johnson, Assistant General Counsel, JP Morgan Chase Bank, N.A., Dallas, TX, Sam David Smith, McGlinchey Stafford, P.L.L.C., Houston, TX, for Defendant–Appellee.

Before JONES, Chief Judge, and JOLLY and GARZA, Circuit Judges.

PER CURIAM: *

The court has carefully considered the briefs and oral arguments of the parties, and have done so, finds no reversible error of law or fact and affirms on the basis of the district court opinion.

**AFFIRMED.**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.